AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched or identify the person by name and address)* )<br>151 South 9th Street, Unit F, La Puente, California )<br>)<br>)<br>)<br>) | Case No. 8:18-MJ-00673 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/26/2018 at 4:01pm

_____
*Judge's signature*

City and state: Santa Ana, CA

Honorable Douglas F. McCormick
*Printed name and title*

AUSA: Daniel Ahn x3539

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:18-MJ-00673 | Date and time warrant executed: 12/27/18  1100 hrs | Copy of warrant and inventory left with: Devin W. LEE |
| Inventory made in the presence of: Devin W. LEE, owner | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Multiple boxes (organized into approximately 30 'Banker's' boxes) of assorted Firearms purchase related documents, invoices & Acquisition/Disposition records.

1 Apple laptop computer w/power cord - s/n CQ2P7HC1GP4Q
3 Lenovo laptop computers w/power cords - various s/n's
1 sawed-off short-barrel shotgun - HT Barker, no s/n, and barrel
1 box containing suspected MP5K machine gun kit compilation of parts
1 Maxim 9, M9, 9mm pistol, s/n 5755, with integrated silencer/suppressor, s/n 5837
3 Surefire silencers/suppressors, various s/n's
1 Osprey silencer/suppressor, s/n OSP9M-7242

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/2/19

*Executing officer's signature*

Ludger Parent
*Printed name and title*